2011–0550. Forest Hills Local School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision. Board of Tax Appeals, No. 2010–A–2754.

# CASE ANNOUNCEMENTS

*April 11, 2011*

[Cite as *04/11/2011 Case Announcements*, 2011-Ohio-1712.]

## MISCELLANEOUS DISMISSALS

2010–2093.   In re T.M.
Lucas App. Nos. L–10–1245 and L–10–1246, 2010-Ohio-5506. This cause is pending before the court as an appeal involving parental rights/adoption from the Court of Appeals for Lucas County. The records of this court indicate that appellant has not filed a merit brief, due March 15, 2011, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

# CASE ANNOUNCEMENTS

*April 12, 2011*

[Cite as *04/12/2011 Case Announcements*, 2011-Ohio-1750.]

## DISCIPLINARY CASES

2011–0299.   Mahoning Cty. Bar Assn. v. Vivo.
This cause is pending before the court upon the filing of a report by the Board of Commissioners on Grievances and Discipline.

Upon consideration of relator's motion to remand, it is ordered by the court that the motion to remand is granted. This matter is hereby remanded to the Board of Commissioners on Grievances and Discipline for consideration of whether respondent, James Vivo, suffers from a medical condition that disabled him from responding to the allegations made against him before the Board of Commissioners on Grievances and Discipline and for further action that the board deems necessary and appropriate.

# CASE ANNOUNCEMENTS

*April 13, 2011*

[Cite as *04/13/2011 Case Announcements*, 2011-Ohio-1771.]

# MOTION AND PROCEDURAL RULINGS